BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0127-CKD |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| CARLTON G. COOPER, | |
| Defendant. | |

It is ordered that Case No. 2:15-MJ-0127-CKD is dismissed without prejudice upon the government's motion. It is further ordered that the status conference is vacated.

Dated: June 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1